**EXHIBIT S**

# ROHDE BROTHERS EXCAVATING INC.
1240 N. OUTER DR. • P.O. BOX 14979
SAGINAW, MI 48601
Phone 989-753-0294 • Fax 989-753-2028

**INVOICE**

111599

| BILL TO | City of Saginaw<br>Purchasing Office<br>1315 S. Washington<br>Saginaw, MI 48601 | JOB | House Demo-1002 Webber<br>1002 Webber - CoS demo<br>Saginaw, MI 48601 |
|---|---|---|---|

| CUSTOMER | PURCHASE ORDER NO. | | | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|---|---|
| COS-0000 | | | | | Net 30 | 10/7/09 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | Emergency demolition of a structure at 1002 Webber - Saginaw, - demo start date 7/18/2009 | | |
| 5DS | 1 | Demolition of Structure | 3910.00 | 3,910.00* |
| 5DRW | 1 | Concrete (Slab) Removal | 117.0000 | 117.00* |

10/13/09
FINAL GRADE OK
[signature]

OK
[signature] 10/14/09

* means item is non-taxable

| | SALE AMOUNT | 4,027.00 |
|---|---|---|
| | **TOTAL** | $4,027.00 |

Permit Fee $102

1002 WEBBER

07/18/09 ~~EFFE~~ "EMERGENCY DEMO

— 80-85% OF WEST FOUNDATION WALL
COLLAPSED INTO BASEMENT.

— 50% OF SOUTH/REAR WALL DEFLECTING
8" TO 10" INTO BASEMENT.

— ENTIRE HOUSE ROTATED 4" TO 6"
COUNTER-CLOCKWISE ON CENTRAL AXIS.

— MAIN BASEMENT SUPPORT BEAM DETERIORATED
BOWED, SPLIT, & CRACKED.

— TWO MAIN BEAM SUPPORTS DETERIORATED
AT BASES

25.5'
35.5'
2 STORY W/
5' BSMT
(B)
18' ED TO RL
14' RL TO PK
1/STORY (A)
NO CRAWL
8'
23'
12' ED TO RL
4' RL TO PK

Crowfoot notes

A = 23' x 8' = 184□' x 14' = 2576

B = 25.5' x 35.5' = 905.25□ x 28' = ~~20,820.75~~ 25,347

~~23,396.75~~
27,923
x .14

ON SITE
(12:45pm TO 3:45pm)

~~$3,276.00~~ 3,910.00

0023