UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JOHN HESCOTT and BENJAMIN HESCOTT, | ) Case No.: 1:10-cv-13713-TLL-CEB<br>) HON. THOMAS LUDINGTON |
| Plaintiffs, | ) |
| v | ) |
| CITY OF SAGINAW, JOHN STEMPLE, in his Individual capacity, GREGORY BARTON, in his Individual capacity, SCOTT CROWFOOT, in his Individual capacity, and ROHDE BROS. EXCAVATING, INC., | ) |
| Defendants. | ) |

BERRY REYNOLDS & ROGOWSKI, PC
BY:  SUSAN K. FRIEDLAENDER (P41873)
     RONALD E. REYNOLDS (P40524)
     JOSEPH M. ROGOWSKI, II (P51316)
Attorneys for Plaintiffs
33493 West 14 mile Road, Suite 100
Farmington Hills, MI  48331-1587
(248) 851-3434

O'NEILL, WALLACE & DOYLE, P.C.
GREGORY W. MAIR (P 67465)
Attorneys for Defendants
P.O. Box 1966
Saginaw, Michigan  48605
989/790-0960

## DEFENDANT'S OFFER OF JUDGMENT

NOW COMES Defendant, CITY OF SAGINAW, JOHN STEMPLE, GREGORY BARTON, SCOTT CROWFOOT and ROHDE BROS. EXCAVATION, INC., by and through their attorney, GREGORY W. MAIR, and pursuant to FRCP 68, makes an Offer of Judgment to

Plaintiff in the amount of Fifteen Thousand ($15,000.00) Dollars, inclusive of attorney fees and costs.

                                                Respectfully Submitted,

Dated: October 15, 2012                  s/GREGORY W. MAIR (P67465)
                                                Attorney for Defendants
                                                P.O. Box 1966
                                                Saginaw, MI 48605-1966
                                                gregmair@owdpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

| | |
|---|---|
| Susan Friedlaender | sfriefdlaender@brrlawyers.com<br>Kathy@brrlawyers.com |
| Gregory W. Mair | gregmair@owdpc.com<br>dana@owdpc.com |
| Brett Meyer | bmeyer@owdpc.com |

Respectfully submitted,

Date: October 15, 2012

s/ GREGORY W. MAIR (P67465)
Attorney for Defendants
P.O. Box 1966
Saginaw, Michigan 48605
gregmair@owdpc.com