**O'NEILL WALLACE & DOYLE P.C.**

SHERRY BLISS

WITNESS FEE - W 11696          10/19/2012          23408

50.00

1ST STATE BANK - C   WITNESS FEE - W 11696

**O'NEILL WALLACE & DOYLE P.C.**

SHERRY BLISS

50.00

WITNESS FEE - W 11696          10/19/2012          23408

50.00

1ST STATE BANK - C   WITNESS FEE - W 11696

50.00

51N311/39287

**O'NEILL WALLACE & DOYLE P.C.**

SHAWN TAYLOR    WITNESS FEE - W 11696    10/19/2012    23407

50.00

1ST STATE BANK - C   WITNESS FEE - W 11696    50.00

**O'NEILL WALLACE & DOYLE P.C.**

SHAWN TAYLOR    WITNESS FEE - W 11696    10/19/2012    23407

50.00

1ST STATE BANK - C   WITNESS FEE - W 11696    50.00

51N311/39287

| O'NEILL WALLACE & DOYLE P.C. | | | |
|---|---|---|---|
| JOSH WEATHERWAX | | | 23406 |
| | WITNESS FEE - W 11696 | 10/19/2012 | 50.00 |

1ST STATE BANK - C   WITNESS FEE - W 11696

50.00

| O'NEILL WALLACE & DOYLE P.C. | | | |
|---|---|---|---|
| JOSH WEATHERWAX | | | 23406 |
| | WITNESS FEE - W 11696 | 10/19/2012 | 50.00 |

1ST STATE BANK - C   WITNESS FEE - W 11696

50.00

51N311/39287

W11696

October 29, 2012

**Charles Bellinger**
**1950 Seminole Lane.**
**Saginaw, Michigan 48638**
S/S 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
Cell: 989-321-1440

# Billing

Mr. Gregory W. Mair

O'Neill, Wallace & Doyle P.C.
Attorneys and Counselors
Four Flags Office Center
300 St. Andrews Road
Suite 302
Saginaw, Michigan 48605

**RE: John Hescott and Benjamin Hescott v. City of Saginaw, John Stemple, Gregory Barton, Scott Crowfoot, Rohde Bros. Excavating**
**Y/File No: MI 1696**

Service of Subpoena to appear in United States District in Bay City, Michigan to the following.

Shawn Taylor
6349 Modac
Flint, Michigan 48506

| | | |
|---|---|---|
| Service fee: | 1 @ $28.00 | $ 28.00 |
| Mileage | 92 @ .89 | 72.98 |

**Total Due:**          **$100.98**

Enc: Proof of Service

O'NEILL WALLACE & DOYLE P.C.

CHARLES BELLINGER

PROCESS SERVER FEE - W 11696      11/2/2012      23513

100.98

1ST STATE BANK - C   PROCESS SERVER FEE - W 11696

100.98

O'NEILL WALLACE & DOYLE P.C.

CHARLES BELLINGER

PROCESS SERVER FEE - W 11696      11/2/2012      23513

100.98

1ST STATE BANK - C   PROCESS SERVER FEE - W 11696

100.98

51N311/39287

W11696

November 2, 2012

**Charles Bellinger**
**1950 Seminole Lane.**
**Saginaw, Michigan 48638**
Process & Investigations
S/S 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
Cell: 989-321-1440

# Billing

**Mr. Gregory W. Mair**
O'Neill, Wallace & Doyle P.C.
300 St. Andrews Road
Suite 302
Saginaw, Michigan 48605

RE:  John Hescott and Benjamin Hescott v. City of Saginaw, John Stemple, Gregory Barton, Scott Crowfoot, Rohde Bros. Excavating

Y/File No:  MI 1696

| | | |
|---|---|---|
| Service fee: | 1 @ $28.00 | $ 28.00 |
| Mileage | 92 @ .89 | 72.98 |
| **Total Due:** | | **$100.98** |

**Thank you for this assignment.**

November 2, 2012

**Charles Bellinger**
**1950 Seminole Lane.**
**Saginaw, Michigan 48638**
Process & Investigations
S/S 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
Cell: 989-321-1440

**Mr. Gregory W. Mair**
O'Neill, Wallace & Doyle P.C.
300 St. Andrews Road
Suite 302
Saginaw, Michigan 48605

**RE:** John Hescott and Benjamin Hescott v. City of Saginaw, John Stemple, Gregory Barton, Scott Crowfoot, Rohde Bros. Excavating

**Y/File No: MI 1696**

**Attempted** service of Subpoena on (**Josh Weatherwax** of 1409 Mable, Flint, Michigan.)

**10-26.2012:** 3:35 PM Travel to 1409 Mable Flint, MI. Knocked on door no answer.
4:00 Checked for phone number of James & Beverly Weatherwax, called Beverly (Mother) she will give message to Josh to call me. Would not give me phone number for Josh.
5:50 PM Returned to 1409 Mable, White Chevy Monty Carlo in drive, knocked on door, no answer, left card to call me.

**10-31-2012**: Obtain phone number from attorney office and called Josh. No answer and left detailed message for Josh to call me.

**11-01-2012:** 6:12 PM Traveled to 1409 Mable, Flint, MI. (White Chevy Monty Carlo) in drive. Knocked on door, dog barking, sound from TV, no answer from resident. Left business card in door, called Josh 810-252-3769, no answer, left message to call me, explained reason for my call.

Charlie Bellinger

W11696 Page #

# INVOICE

**FROM**

The Davis Appraisal Company LLC
Randall R. Davis, SRA, SRPA
5580 State, Suite #8, Saginaw, Michigan 48603
Telephone: (989) 792-7772     Fax: (989) 792-7830     E-Mail: Davapp@chartermi.net

**FILE NUMBER**: Webber

**TO**

Mr. Gregory W. Mair
O'Neil, Wallace & Doyle, P.C
300 Saint Andrews Rd
Saginaw, MI 48638

| Invoice Date | Appraisal Date | Loan Number | Case Number | Tax ID Number | Contact Phone |
|---|---|---|---|---|---|
| November 09, 2012 | 11/08/2012-11/05/2012 | N.A. | N.A. | 35-2170693 | (989) 792-7772 |

**PROPERTY INFORMATION**

Purchaser/Borrower:
Property Address: Webber
City: Saginaw
County: Saginaw
Legal Description:
Subdivision:
State: MI
Unit No.:
Zip Code: 48601

Appraisal Fee Amount ............................................................. $
Mail or Handling Fee ............................................................... $
Additional Charge No. 1 ....... 11/05/2012-1:00-2:00 PM-Pre trial office consultation & discussion @$100/Hr= 1 Hr ... $ 100.00
Additional Charge No. 2 ....... 11/08/2012-4:30-7:30 AM-Research, review & consultartion @$100/Hr =3 Hrs ... $ 300.00
Additional Charge No. 3 ............................................................. $
Sales Tax (    %) .................................................................... $

Comments: Payment Terms: 15 Days Net. If invoice payment is made after 15 days please remit $425.

**Total Amount of Invoice**  $ 400.00

O'NEILL WALLACE & DOYLE P.C.

CHARLES BELLINGER

PROCESS SERVER - W 11696    11/21/2012    23648

100.98

1ST STATE BANK - C   PROCESS SERVER - W 11696

O'NEILL WALLACE & DOYLE P.C.

CHARLES BELLINGER

PROCESS SERVER - W 11696    11/21/2012    23648

100.98

100.98

1ST STATE BANK - C   PROCESS SERVER - W 11696

100.98

51N311/39287

O'NEILL WALLACE & DOYLE P.C.

THE DAVIS APPRAISAL COMPANY, LLC  
EXPERT FEE - W 11696    11/16/2012    23609
400.00

1ST STATE BANK - C   EXPERT FEE - W 11696
400.00

O'NEILL WALLACE & DOYLE P.C.

THE DAVIS APPRAISAL COMPANY, LLC  
EXPERT FEE - W 11696    11/16/2012    23609
400.00

1ST STATE BANK - C   EXPERT FEE - W 11696
400.00

51N311/39287

W11696

# MacMILLAN ASSOCIATES
## CONSULTING ENGINEERS

# Invoice

Invoice Number: 33189
November 27, 2012

To: O'Neill Wallace & Doyle PC
300 St. Andrews Rd.
Suite 302
Saginaw, MI 48605

Attention:

Project: 2011-0402  Saginaw Dangerous Building

Manager: Douglas F. Reckinger

Professional Services for the Period: 11/4/2012 to 11/27/2012

## Professional Services

| Staff Type | Bill Hours | Bill Rate | Charge |
|---|---|---|---|
| Principal | 7.50 | $244.00 | $1,830.00 |
| Clerical | 0.50 | $99.00 | $49.50 |
| | 8.00 | | $1,879.50 |

**Professional Services Totals** $1,879.50

## Total Project Invoice Amount $1,879.50

| Aged Receivables: | Current | 31-60 Days | 61-90 Days | 91-120 Days | +120 Days |
|---|---|---|---|---|---|
| | $1,879.50 | $0.00 | $0.00 | $0.00 | $0.00 |

Douglas F. Reckinger

NOV 2 9 2012

714 EAST MIDLAND STREET * BAY CITY, MICHIGAN 48706
(989) 894-4300 * (810) 232-7230 * FACSIMILE (989) 894-9930

**O'NEILL WALLACE & DOYLE P.C.**

MacMILLAN ASSOCIATES, INC    EXPERT FEE - W 11696    12/7/2012    23755

1,879.50

1ST STATE BANK - C   EXPERT FEE - W 11696

**O'NEILL WALLACE & DOYLE P.C.**

1,879.50

MacMILLAN ASSOCIATES, INC.    EXPERT FEE - W 11696    12/7/2012    23755

1,879.50

1ST STATE BANK - C   EXPERT FEE - W 11696

1,879.50

51N311/39287